# United States District Court
## Southern District of Georgia

| | | |
|---|---|---|
| JOHNNIE HOBBS, | | |
| Plaintiff, | | JUDGMENT IN A CIVIL CASE |
| V. | | CASE NUMBER: 2:24-CV-101 |
| BRUNSWICK, GA POLICE DEPARTMENT, | | |
| Defendant. | | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's October 25, 2024 Order, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Plaintiff's complaint is dismissed without prejudice, and Plaintiff is denied in forma pauperis status on appeal. This case stands closed.

Approved by: _____
**HON. LISA GODBEY WOOD, JUDGE**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**



| October 28, 2024 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | _____ |
| | (By) Deputy Clerk |